IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JONATHAN LAVON FRIEND,          )
                                )
         Petitioner,             )
                                )
     v.                          )        1:15CV231
                                )
WILLIAM T. SCHATZMAN,            )
                                )
         Respondent.             )

## ORDER

On March 24, 2015, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2 and 3.) Plaintiff timely filed objections (Doc. 4) to the Recommendation.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED**. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 7th day of May, 2015.

_____
United States District Judge